BYRNE, BOWMAN & FORSHAY, INC., et al., Respondents, v. 1481 BROADWAY CORPORATION et al., Appellants.— Order so far as appealed from unanimously

affirmed, with $20 costs and disbursements, with leave to the plaintiffs to serve an amended complaint within ten days after service of order with notice of entry thereof. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See *post*, p. 841.]